NUMBER 13-09-00239-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

REAL AZTECA INN, L.L.C. AND 

RICARDO DE LA MORA, Appellants,


v.



FIRST VISTA INVESTMENTS, L.L.C., Appellee. 

 ____________________________________________________________


On appeal from the 206th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 The appellants' brief in the above cause was due on August 21, 2009. On October
5, 2009, the Clerk of the Court notified appellants that the brief had not been timely filed
and that the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellants reasonably explained the failure and the appellee was not significantly
injured by the appellants' failure to timely file a brief. To date, no response has been
received from appellants. 

 Appellants have failed to either reasonably explain their failure to file a brief, file a
motion for extension of time to file their brief, or file their brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Delivered and filed the

10th day of December, 2009.